AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Hiteshkumar Patel<br><br>*Defendant(s)* | Case No. 3:16mj43 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/1/15 through the present__ in the county of __Lackawanna__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1341 (mail fraud); Section 1343 (wire fraud); Section 1349 (conspiracy); Section 1956 (money laundering); Section 1028A (aggravated identity theft). | See Attachment "A". |

This criminal complaint is based on these facts:
See affidavit or probable cause.

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Luke Caggiano, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-16-16

_____
Judge's signature

City and state: Scranton, Pennsylvania

U.S. Magistrate Karoline Mehalchick
*Printed name and title*