AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
Hiteshkumar Patel

*Defendant*

Case No. 3:16mj43

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hiteshkumar Patel,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mail Fraud (18 U.S.C. §1341 - fraud and swindles by use of mail); Wire Fraud (18 U.S.C. §1343 - fraud and swindles by use of wire in interstate commerce); Conspiracy (18 U.S.C. § 1349 - conspiracy to commit mail/wire fraud offenses); Money Laundering (18 U.S.C. § 1956 - laundering of monetary instruments derived from unlawful specified activity); Aggravated Identity Theft (18 U.S.C. §1028A - unlawful use of means of identification in furtherance of mail/wire fraud).

Date: 5-16-16

*Issuing officer's signature*

City and state: Scranton, Pennsylvania

U.S. Magistrate Judge Karoline Mehalchick
*Printed name and title*

### Return

This warrant was received on *(date)* 5-16-16, and the person was arrested on *(date)* 5-18-16
at *(city and state)*

Date: 5-18-16

FILED
SCRANTON
MAY 27 2016

*Arresting officer's signature*

Luke Caggiano, Postal Inspector
*Printed name and title*

PER _____ DEPUTY CLERK