UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

       -vs-                                3: MJ-16-43

HITESHKUMAR PATEL,
Defendant

UNITED STATES OF AMERICA TO THE WARDEN,
SUPERINTENDANT, OR PERSON IN CHARGE OF
LACKAWANNA COUNTY PRISON
OR THE UNITED STATES MARSHAL FOR THE DISTRICT
OR AGENTS OF THE UNITED STATES POSTAL SERVICE

YOU ARE COMMANDED TO PRODUCE NOW, in your custody or one of your deputies, before the United States Attorney's Office for the Middle District of Pennsylvania, Scranton, PA, on November 15, 2016 at 10:00 am the person of

HITESHKUMAR PATEL

whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that HITESHKUMAR PATEL appear for an interview in connection with the criminal charges and you are directed to keep the prisoner safe in custody, and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and to return HITESHKUMAR PATEL to Lackawanna County Prison at the conclusion of this interview.

The Marshal for the Middle District of Pennsylvania is authorized to compensate the Warden for any expense incurred as a result of this Writ at a rate not to exceed the rate authorized for the transportation of a Federal prisoner by Federal authorities.

Witness my signature on this 10th day of November 2016.

_____
KAROLINE MEHALCHICK
U.S. MAGISTRATE JUDGE